UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　CASE NO. 16-50494
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
Peter A Robinson

　　　　　　　　　　　　　　　　　　　　　　JUDGE MINA NAMI KHORRAMI

　　　　DEBTOR　　　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, EDWARD A BAILEY files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US Bank Trustee NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 10 | 0470 | $3,262.77 | $3,262.77 | $3,262.77 |
| Total Amount Paid by Trustee | | | | $3,262.77 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

　**X**　Through November 2021 via conduit　　　___　Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-50494

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 29th day of November, 2021.

Peter A Robinson, 6299 Darling Road, Blacklick, OH  43004

ELECTRONIC SERVICE - Bryan C Barch, Amourgis & Associates, 4249 Easton Way, Suite 225, Columbus, OH  43219

US Bank Trustee NA, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA  95501

ELECTRONIC SERVICE - bankruptcy@sottileandbarile.com

ELECTRONIC SERVICE - United States Trustee

Date:  November 29, 2021            /s/ EDWARD A BAILEY
                                    EDWARD A BAILEY
                                    Chapter 13 Trustee
                                    130 E WILSON BRIDGE RD
                                    SUITE 200
                                    WORTHINGTON, OH  43085-6300